UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RONNIE NELSON, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:06CV01593 RWS |
| PERRY COUNTY SHERIFF'S DEPT., et al., | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

On January 4, 2007, Defendants Larry Crawford and Larry Rowley filed a Motion to Dismiss [#12]. On January 10, 2007, Defendants Dr. Chris Linz, Dr. John Williams, Jewel Cofield, Dr. Elizabeth Conley, and Correctional Medical Services filed a Motion to Dismiss {#16]. On March 15, 2007, Defendants Dr. Chris Linz, Dr. John Williams, Jewel Cofield, Dr. Elizabeth Conley, and Correctional Medical Services filed a Motion for Summary Judgment [#22]. According to Local Rule 7 - 4.01(B), "each party opposing a motion shall file, within five (5) days after being served with the motion, a memorandum containing any relevant argument and citations to authorities on which the party relies. If any memorandum in opposition requires consideration of facts not appearing in the record, the party shall file with its memorandum all documentary evidence relied upon." Nelson has failed to respond by this deadline. Nelson shall show cause why he has not responded to these motions in a timely matter and shall respond to Defendants' motions, in writing.

Accordingly,

**IT IS HEREBY ORDERED** that Nelson shall show cause, in writing, no later than **May 25, 2007**, why he has not responded to Defendants' Motions to Dismiss [#12, #16, and

#22]. Failure to comply with this order shall result in dismissal and summary judgment being granted in favor of Defendants.

**IT IS FURTHER ORDERED** that Nelson shall respond to Defendants' Motions to Dismiss [#12, #16, and #22], in writing, no later than **May 25, 2007.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 25th day of April, 2007.